```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 06401
    EVAN FERMAINT
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4256

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/02/2006 and was confirmed 07/19/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was completed - no discharge 12/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
EMC MORTGAGE CORP          CURRENT MORTG     29971.82         .00         29971.82
EMC MORTGAGE CORP          MORTGAGE ARRE      3809.79         .00          3809.79
FAMILY BANK                SECURED            6106.00       385.03         6106.00
FAMILY BANK                UNSECURED             .83          .00              .83
EMC MORTGAGE CORPORATION   NOTICE ONLY      NOT FILED         .00              .00
NCO FINANCIAL              UNSECURED           252.37         .00           252.37
JAMES G UZZELL             DEBTOR ATTY       2,642.75                     2,642.75
TOM VAUGHN                 TRUSTEE                                        2,629.73
DEBTOR REFUND              REFUND                                         5,733.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    51,531.32

PRIORITY                                                    .00
SECURED                                               39,887.61
     INTEREST                                            385.03
UNSECURED                                                253.20
ADMINISTRATIVE                                         2,642.75
TRUSTEE COMPENSATION                                   2,629.73
DEBTOR REFUND                                          5,733.00
                           ---------------          ---------------
TOTALS                     51,531.32                  51,531.32


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 06401 EVAN FERMAINT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/09/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE